UST-32, 3-99

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| FRANQUERO, DAVID C. | ) | Case No. 08-18731 PHX GBN |
| FRANQUERO, MANDA J. | ) | |
| | ) | APPLICATION FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO |
| Debtor(s) | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Roger W. Brown, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | DEBTORS NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1001 | 10/02/2009 | DAVID C. & MANDA J. FRANQUERO<br>P.O. BOX 97658<br>PHOENIX, AZ 85060-7658 | $89.25 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $ 89.25 to the Clerk of the Court to be deposited in the Registry thereof.

January 5, 2010                     /s/ Roger W. Brown
Date                                Roger W. Brown, Trustee